IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TINA SHEREE BELL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:25-CV-00087-E-BT |
| KAREN MITCHELL et al., | § § § | |
| Defendants. | § § § § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (ECF No. 6). Although Plaintiff Bell did not file any document entitled as an objection, Bell filed a document entitled "DEMAND FOR IMMEDIATE JUDICIAL ACTION UNDER THE SUPREME LAW," which the Court construes as objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation. (ECF No. 7). The court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.  Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (ECF No. 6).

**SO ORDERED.**

9th day of April, 2025.

ADA BROWN
UNITED STATES DISTRICT JUDGE